7969-0045/DMF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ARRON GEORGE STONE,   **AFFIDAVIT OF SERVICE**

                Plaintiff,

                07 CV 2826 (LTS)

  -against-

WILLIAM HINSPETER #431,

                Defendant.
------------------------------------------------------------------x

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF DUTCHESS  )

      DONNA M. FELLER, being duly sworn, deposes and says:

      I am a Secretary with the law office of M<sup>c</sup>Cabe & Mack LLP, attorneys for defendant and am over 18 years of age.

      On the 14th day of June, 2007 I served a copy of the attached **ORDER** upon the following parties whose name is hereinafter set forth by depositing a true copy of same in a securely enclosed wrapper, at the postal box located on Mansion Street in Poughkeepsie, New York, which box is under the exclusive custody and care of the United States Post Office, which copies are directed to said parties at the addresses set after their respective names, that being the address within the State designated by them for that purpose, to wit:

<u>Name and address of Parties</u>

Arron Stone
2007-00144
Orange County Jail
110 Wells Farm Road
Goshen, NY 10924

                                         _____
                                         DONNA M. FELLER

Sworn to before me this
14th day of June, 2007.

_____
     Notary Public

                                         LOUISE A. PEZANOWSKI
                                     Notary Public, State of New York
                                         No. 4837382
                                     Qualified in Dutchess County
                                 Commission Expires Aug. 31, 2009

M<sup>c</sup>CABE & MACK LLP, ATTORNEYS AT LAW, POST OFFICE BOX 509, POUGHKEEPSIE, NY 12602

# McCABE & MACK LLP
### ATTORNEYS AT LAW
63 WASHINGTON STREET
POST OFFICE BOX 509
POUGHKEEPSIE, NY 12602-0509

TELEPHONE (845) 485-6800
FAX (845) 486-7621
E-MAIL Info@mccm.com
Visit us on the World Wide Web at
http://www.mccm.com

J. JOSEPH MCGOWAN
DAVID L. POSNER
ELLEN L. BAKER
SCOTT D. BERGIN
RICHARD R. DuVALL
LANCE PORTMAN
RICHARD J. OLSON
MATTHEW V. MIRABILE
CHRISTINA M. BOOKLESS
KIMBERLY HUNT LEE
KAREN FOLSTER LESPERANCE
REBECCA M. BLAHUT
JODIE M. HANRAHAN
MICHELLE ALMEIDA
IAN C. LINDARS
SEAN M. KEMP

COUNSEL
PHILLIP SHATZ
MICHAEL A. HAYES, JR.
HAROLD L. MANGOLD
ALBERT M. ROSENBLATT
JAY P. ROLISON, JR.
JESSICA L. VINALL

JOHN E. MACK
(1874-1968)
JOSEPH A. MCCABE
(1890-1973)
EDWARD J. MACK
(1910-1998)
JOSEPH C. MCCABE
(1925-1981)

DIRECT TELEPHONE: (845) 486-6874
E-MAIL: dposner@mccm.com

**RECEIVED**
CHAMBERS OF
LAURA TAYLOR SWAIN
USDJ

June 7, 2007

Hon. Laura T. Swain
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 755
New York, NY 10007

RE:    Stone v. City of Newburgh, et al
07 CV 2826 (LTS)
Our File No. 7969-0045

Dear Judge Swain:

This office represents defendants Hinspeter and the Newburgh City Police Department and I am writing pursuant to Rules 21 and 22 of the Division of Business Among District Judges.

This matter involves allegations of police misconduct during the plaintiff's arrest on January 8, 2007 in the City of Newburgh, Orange County, New York. Both plaintiff and defendant reside in Orange County and the incident took place in it. This is a "northern county" pursuant to Rule 21 and therefore transfer to White Plains under Rule 22 is appropriate.

If Your Honor would prefer a more formal motion for reassignment, please advise and it will be promptly filed.

Respectfully yours,

McCABE & MACK LLP

DAVID L. POSNER

DLP/dmf
cc:    Arron Stone/Pro Se

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do [...] such certification to Chambers.

Under the Court's current procedures, this case is appropriately maintained on the Foley Square docket. Accordingly, the application for reassignment is denied.

SO ORDERED.

LAURA TAYLOR SWAIN 6/14/2007
UNITED STATES DISTRICT JUDGE