UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AARON GEORGE STONE,

                Plaintiff,

-against-

GLEN S. GOORD, et.al.,

                Defendants.
------------------------------------------------------------X

07 CIVIL 2826 (LTS)

JUDGMENT

Defendants having moved to dismiss, and the matter having come before the Honorable Laura Taylor Swain, United States District Judge, the matter having been referred to the Magistrate Judge, who on Oct 15, 2007 having issued his Report, and the Court, on Nov13, 20076, having rendered its Order adopting the Report of the Magistrate Judge, granting defendants' motion to dismiss and dismissing the complaint, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated Nov 13, 2007, defendants' motions to dismiss is granted and the complaint is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
      Nov 16,2007

BY:

Clerk of Court

Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON